JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2762
marcheselaw@msn.com
Attorney for Defendant –VEGA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-206-CDS-BMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE VEGA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO CONTINUE HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JOSE VEGA and STEVEN ROSE, Assistant United States Attorney, that the hearing currently scheduled for May 14, 2025 at 1:00 p.m., be vacated and moved to a date a time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the Defendant currently has a conflict on that date and time.

-1-

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Hearing to a date a time convenient to the court.

This is the first request for continuance filed herein.

DATED: May 12, 2025,

| | |
|---|---|
| /S/ Jess R. Marchese | /S/ Steven Rose |
| JESS R MARCHESE, ESQ. | STEVEN ROSE, ESQ. |
| 601 S. Rancho Drive, B-14 | Assistant United States Attorney |
| Las Vegas, Nevada 89106 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

## ORDER

IT IS HEREBY ORDERED that the Sentencing currently scheduled for May 14, 2025, at 10:00 a.m., be continued to **May 20, 2025, at 1:00 p.m. in courtroom 3A.**

DATED this 12th day of May 2025,

_____
**UNITED STATES MAGISTRATE JUDGE**