JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 552-2672
marcheselaw@msn.com
Attorney for Defendant – VEGA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-CR-206-CDS-BMW |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ZOOM APPEARANCE** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE VEGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   COMES NOW, defendant, JOSE VEGA, by and through his attorney, JESS R. MARCHESE, ESQ., files this MOTION praying for an order allow him to appear at tomorrow's hearing via Zoom.  This motion is made on the pleadings herein and any oral argument that may be presented should a hearing be held.

   DATED this 19th day of May, 2025,

                                             _ /s/ Jess R. Marchese          
                                             JESS R MARCHESE, ESQ.
                                             Nevada State Bar #8175
                                             601 S. Rancho Drive, B-14
                                             Las Vegas, Nevada 89106

## POINTS AND AUTHORITIES

Defendant herein, JOSE VEGA, was indicted on multiple drug related charges on November 1, 2023. On November 3, 2023, he appeared in front of the magistrate for his arraignment and detention hearing. Mr. Vega was released on a Personal Recognizance bond with conditions. One of those conditions was that he would be subject to GPS and Stand Alone monitoring. On April 10, 2025, counsel for Mr. Vega filed a motion to have the ankle monitor removed and that matter is set for hearing tomorrow.

Mr. Vega currently resides in California and would like to attend the hearing via Zoom if the court is so inclined. This motion follows.

DATED this 19th day of May, 2025,

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

DATED: 5/19/2025

_/s/ Jess R. Marchese_____
JESS R MARCHESE, ESQ.
Nevada State Bar #8175
601 S. Rancho Drive, B-14
Las Vegas, Nevada 89106

## CERTIFICATE OF ELECTRONIC SERVICE

IT IS HEREBY CERTIFY that the foregoing MOTION was filed on the 19th day of May, 2025 via the Southern District of Nevada's Electronic Filing (ECF) filing system.

__/s/ Jess R. Marchese_____
Employee of Marchese Law Office